Joseph M. Lyon (SBN 351117)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Email: jlyon@thelyonfirm.com

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Tel: (858) 209-6941
jnelson@milberg.com

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: HOUSER LLP DATA BREACH LITIGATION* | Case No. 8:24-cv-00468-WLH-ADS<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**<br><br>DATE: July 12, 2024<br>TIME:  1:30 p.m.<br>COURTROOM: 9B<br>JUDGE:  Honorable Wesley L. Hsu |

For the reasons set forth in the accompanying Memorandum of Law, Plaintiffs Richard McMillen, Mark Giannelli, Jennifer Rivera, and Joseph Kausse (collectively "Plaintiffs") respectfully request that the Court appoint John J. Nelson of Milberg Coleman Bryson Phillips Grossman, PLCC and Joseph M. Lyon of The Lyon Firm as Interim Co-Lead Class Counsel for Plaintiffs and the putative class pursuant to Fed. R. Civ. P. 23(g).

A proposed Order is submitted with the Motion.

DATED:  June 11, 2024                    Respectfully submitted,

*/s/ Joseph M. Lyon*
JOSEPH M. LYON (SBN 351117)
**THE LYON FIRM**
2754 Erie Avenue
Cincinnati, OH 45208
Telephone: (513) 381-2333
Facsimile: (513) 766-9011
Email: jlyon@thelyonfirm.com

*Attorney for Plaintiff Mark Giannelli*

JOHN J. NELSON (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941
Email: jnelson@milberg.com

*Attorney for Plaintiff Richard McMillen*

M. ANDERSON BERRY (SBN 262879)
aberry@justice4you.com
GREGORY HAROUTUNIAN
(SBN 330263)

2

gharoutunian@justice4you.com
BRANDON P. JACK (SBN 325584)
bjack@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Tel: (747) 777-7748 / Fax: (916) 924-1829

PAUL M. DEMARCO
(SBN 112834)
pdemarco@msdlegal.com
**MARKOVITS, STOCK &**
**DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219

*Attorneys for Plaintiff Jennifer Rivera*

ROBERT MACKEY
(SBN 125961)
bobmackeyesq@aol.com
**LAW OFFICES OF ROBERT MACKEY**
660 Baker Street
Building A, Ste. 201
Costa Mesa, CA 92626

NICHOLAS A. MIGLIACCIO*
nmigliaccio@classlawdc.com
JASON RATHOD*
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Office: (202) 470-3520
*\* pro hac vice forthcoming*

3

*Attorneys for Plaintiff Joseph Kausse*

## **L.R. 7.3 CERTIFICATION**

The undersigned counsel certifies that they have conferred with Defendant's counsel regarding this Motion on June 10, 2024 and Defendant does not take a position on the Motion.

*/s/ Joseph M. Lyon*
Joseph M. Lyon

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 11, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Joseph M. Lyon*