Joseph M. Lyon (SBN 351117)
**THE LYON FIRM**
9210 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (513) 381-2333
Facsimile: (513) 766-9011

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941

*Interim Co-Lead Class Counsel*

[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HOUSER LLP DATA BREACH LITIGATION | CASE NO. 8:24-CV-00468-WLH-ADS<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:         March 21, 2025<br>Time:         1:30 p.m.<br>Courtroom: 9B<br>Judge:        Hon. Wesley L. Hsu |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT** on **March 21, at 1:30 P.M.**, or as soon thereafter as counsel may be heard, before the Honorable Judge Wesley L. Hsu, at First Street Courthouse, 350 West 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012-4565, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base this Motion for Preliminary Approval of Class Action Settlement on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Joint Declaration of Jospeh M. Lyon and John J. Nelson in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Nelson Decl."); all other records and papers on file in this action; any oral argument on the Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, attached to the Motion for Preliminary Approval as Exhibit 1; preliminarily approving the Settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits A, B, and C thereto; appointing Kroll to serve as the Settlement Administrator; appointing Plaintiffs as the Class Representative and Jospeh M. Lyon and John J. Nelson as Class Counsel; and setting a hearing date and schedule for final approval of the Settlement and consideration of Class Counsels' forthcoming motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 5, 2025.

Date: February 12, 2025

Respectfully Submitted,

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941

Joseph M. Lyon (SBN 351117)
**THE LYON FIRM**
9210 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (513) 381-2333
Facsimile: (513) 766-9011

*Interim Co-Lead Class Counsel*

M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (747) 777-7748

Paul M. DeMarco (SBN 112834)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219

Zachary O. Chambers*
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Office: (202) 470-3520

Robert Mackey (SBN 125961)
**LAW OFFICES OF ROBERT MACKEY**
660 Baker Street
Building A, Ste. 201
Costa Mesa, CA 92626

*Attorneys for Plaintiffs and the Settlement Class*

* *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 12, 2025 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *John J. Nelson*
John J. Nelson (SBN 317598)