1

2

John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive, Penthouse
Beverly Hills, CA 90212
Telephone: (858) 209-6941

3

4

5

6

Joseph M. Lyon (SBN 351117)
**THE LYON FIRM**
9210 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (513) 381-2333
Facsimile: (513) 766-9011

7

8

9

10

*Class Counsel*

11

[Additional Counsel Listed on Signature Page]

12

13

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

14

15

16

IN RE: HOUSER LLP DATA
BREACH LITIGATION

CASE NO. 8:24-CV-00468-WLH-ADS

17

18

19

**PLAINTIFFS' NOTICE OF**
**MOTION FOR FINAL**
**APPROVAL OF CLASS ACTION**
**SETTLEMENT**

20

21

22

23

| | |
|---|---|
| **Date:** | **October 31, 2025** |
| **Time:** | **8:30 a.m.** |
| **Courtroom:** | **9B** |
| **Judge:** | **Hon. Wesley L. Hsu** |

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
Case No.  8:24-cv-00468-WLH-ADS

-1 -

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 31, 2025, at 8:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 9B, 9th Floor of the United States District Court for the Central District of California, First Street U.S. Courthouse, 350 W 1st Street, Los Angeles, California 90012, the Honorable Judge Wesley L. Hsu, presiding, Plaintiffs Richard McMillen, Mark Giannelli, Joseph Krause, Scott Miller, Jennifer Rivera, and Katie Simmons (collectively "Plaintiffs") hereby do and will move the Court an Order for final approval of the Settlement and certification of the Settlement Class pursuant to Rules 23(e) and 23(b)(3) of the Federal Rules of Civil Procedure.

In so moving, Plaintiffs respectfully request the Court: (1) approve the Settlement Agreement as fair, reasonable, and adequate under Rule 23(e); (2) finally certify the Settlement Class under Rule 23(b)(3); (3) finally appoint Plaintiffs as Class Representatives for the Settlement Class; (4) finally appoint as Settlement Class Counsel John Nelson and Joseph M. Lyon; and (5) find the Notice Program as implemented satisfies Rule 23 and due process.

This Motion is based upon the Memorandum of Points and Authorities, the accompanying Joint Declaration of Joseph M. Lyon and John J. Nelson in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, the Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement, and all exhibits attached thereto, pleadings on file in this Action, and other such matters and argument as the Court may consider at the hearing on this motion.

Date: October 1, 2025

Respectfully Submitted,

By: /s/ *John J. Nelson*_____
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Telephone: (858) 209-6941

Joseph M. Lyon (SBN 351117)
**THE LYON FIRM**
9210 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (513) 381-2333
Facsimile: (513) 766-9011

*Class Counsel*

M. Anderson Berry (SBN 262879)
Gregory Haroutunian (SBN 330263)
Brandon P. Jack (SBN 325584)
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
12100 Wilshire Boulevard, Suite 800
Los Angeles, CA 90025
Telephone: (747) 777-7748

Paul M. Demarco (SBN 112834)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219

Zachary O. Chambers*
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, no. 302,
Washington, DC, 20002
Office: (202) 470-3520

PLAINTIFFS' NOTICE OF MOTION AND MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
Case No.  8:24-cv-00468-WLH-ADS

Robert Mackey (SBN 125961)
**LAW OFFICES OF ROBERT MACKEY**
660 Baker Street
Building A, Ste. 201
Costa Mesa, CA 92626

*Attorneys for Plaintiffs and the Settlement Class*

*\* Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 1, 2025, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ John J. Nelson*
John J. Nelson (SBN 317598)